# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

| | |
|---|---|
| No. 15-1343 | September Term, 2015 |
| | TRAN-80FR12762 |
| | TRAN-80FR58633 |
| | Filed On: December 1, 2015 [1586070] |

Interstate Natural Gas Association of America,

      Petitioner

    v.

United States Department of Transportation, et al.,

      Respondents

**O R D E R**

Upon consideration of the joint motion to hold case in abeyance, it is

**ORDERED** that the motion be granted, and this case is hereby held in abeyance pending further order of the court.

The parties are directed to file status reports at 90-day intervals beginning February 29, 2016. The parties are further directed to file motions to govern future proceedings in this case within 30 days of the completion of the agency proceedings or termination of the administrative stay. It is

**FURTHER ORDERED** that the motion for extension of time and the motion to consolidate be dismissed as moot.

                      FOR THE COURT:
                      Mark J. Langer, Clerk

            BY:    /s/
                      Mark A. Butler
                      Deputy Clerk